**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGIS CUMBRY, | ) Case No. 1:25-cv-01876-KES-FRS (SKO) |
| Plaintiff, | ) **ORDER DIRECTING THE CLERK OF** |
| v. | ) **COURT TO ASSIGN A MAGISTRATE** |
| | ) **JUDGE AND TO CLOSE THE CASE** |
| PORTFOLIO RECOVERY ASSOCIATES, | ) (Doc. 14) |
| LLC, et al., | ) |
| Defendants. | ) |

On February 19, 2026, Plaintiff filed a "Notice of Voluntary Dismissal," in which he notifies the Court of the dismissal of this action with prejudice. (Doc. 14.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court shall assign a Magistrate Judge for the purpose of closing this case and close this case.

IT IS SO ORDERED.

Dated: __**February 20, 2026**__          ____/s/ *Sheila K. Oberto*____
UNITED STATES MAGISTRATE JUDGE